JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AARDEMA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXOTIC EURO CARS, INC. d/b/a<br>EXOTIC EURO CARS,<br><br>    Defendant. | Case No. CV 17-7994 FMO (AGRx)<br><br>**ORDER REMOVING CASE<br>FROM ACTIVE CASELOAD** |

Having received notice that defendant Exotic Euro Cars, Inc. d/b/a Exotic Euro Cars has filed a bankruptcy petition, and in light of the automatic stay provided in 11 U.S.C. § 362, IT IS ORDERED that:

1. All pending deadlines and hearings are vacated, and all pending motions are **denied without prejudice**.

2. This action shall be removed from this court's active caseload until further application by the parties or order of the court. The court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

3. Counsel shall file a joint status report with the court 120 days from the filing date of this

/ / /

/ / /

/ / /

Order and every 120 days thereafter until completion of the bankruptcy proceedings.

Dated this 18th day of April, 2018.

_____/s/_____<br>
Fernando M. Olguin<br>
United States District Judge